ORDERED.

Dated: June 12, 2019

*Cynthia C. Jackson*
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

IN RE:  CASE NO.: 6:19-bk-02033-CCJ
CHAPTER 7

**DAVID R BILLSBOROUGH,**

   Debtor,

**PATRICIA A BILLSBOROUGH,**

   Joint Debtor.

_____/

**AGREED ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY**
**[Effective 90 days from entry of this Order]**

THIS CASE came on consideration without a hearing on U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee for Morgan Stanley Mortgage Loan Trust 2006-16AX, Mortgage Pass-Through Certificates, Series 2006-16AX's ("Secured Creditor") Motion for Relief from Stay (Docket No. 14). The parties having

agreed to the relief sought and the Court being otherwise duly advised on the premises, Accordingly, it is:

**ORDERED:**

1. Secured Creditor's Motion for Relief from Automatic Stay is GRANTED, effective 90-days from entry of this Order to allow the Chapter 7 Trustee time to market and sell the real property, subject to Secured Creditor's approval should the sale be short of a complete payoff.

2. The automatic stay imposed by 11 U.S.C. § 362 is terminated, effective 90-days from entry of this Order, as to the Secured Creditor's interest in the following property located at 12836 Jacob Grace Court, Windermere, FL 34786 in Orange County, Florida, legally described as:

**LOT 58, TILDENS GROVE PHASE 1, AS PER PLAT THEREOF, RECORDED IN PLAT BOOK 47, PAGE 65 THROUGH 70, OF THE PUBLIC RECORDS OF ORANGE COUNTY, FLORIDA**.

3. The Order Granting Relief from Stay is entered for the sole purpose of allowing Secured Creditor to exercise any and all *in rem* remedies against the property described above. Secured Creditor shall not seek an *in personam* judgment against Debtor(s).

4. Attorneys' fees in the amount of $350.00 and costs in the amount of $181.00 are awarded for the prosecution of this Motion for Relief from Stay, but are not recoverable from the Debtor(s) or the Debtor(s)' Bankruptcy estate.

###

Attorney, Christopher P. Salamone, Esquire, is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.