UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
Orlando DIVISION

In re:

DAVID R BILLSBOROUGH
PATRICIA A BILLSBOROUGH

Case No.: 19-02033
Chapter 7

Debtor(s)       /

## NOTICE OF HEARING

**NOTICE IS HEREBY GIVEN THAT:** A preliminary hearing will be held on December 10, 2019 at 2:45 p.m. in Courtroom #6D on the 6th floor, 400 W Washington St, Orlando FL 32801, before the Honorable Cynthia C Jackson, United States Bankruptcy Judge, to consider and act upon the following:

Motion to Sell [32]

Appropriate Attire: You are reminded that Local Rule 5072-1(b)(16) requires that all persons appearing in Court should dress in business attire consistent with their financial abilities. Among other things, a coat and tie are appropriate for a man; a dress or pants suit is appropriate for a woman. The hearing may be continued upon announcement made in open Court with further notice. Due to heightened security procedures persons must present photo identification to enter the courthouse.

I HEREBY CERTIFY that on this 14th day of November 2019, at true and correct copy of the foregoing has been furnished by CM/ECF Electronic Mail or by US Mail to all parties listed below.

US Bank National Assn c/o Christopher Salamone, Esq. via ECF and all parties on the attached mailing matrix

*Via Certified Mail:*
Bank of America Corporate Center, 100 North Tryon Street, Charlotte, NC 28255; Attn: President, Officer, Manager, Managing, Agent, where creditor routinely does business

SPS, P.O. Box 65450, Salt Lake City, UT 84165; Attn: President, Officer, Manager, Managing, Agent, where creditor routinely does business

**/s/ Arvind Mahendru**
ARVIND MAHENDRU
5703 Red Bug Lake Rd. #284
Winter Springs Florida 32708
Telephone: (407) 504-2462
amtrustee@gmail.com