UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

Case No.: 19-02033-CCJ
Chapter 7

DAVID R BILLSBOROUGH
PATRICIA A BILLSBOROUGH

Debtor(s)      /

## NOTICE OF WITHDRAWAL

NOTICE IS GIVEN THAT the trustee appointed in this case withdraws the Motion to Sell (DE #32).

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing notice has been sent by electronic filing to the United States Trustee's Office located at 400 W. Washington St., Suite 1100, Orlando, Florida 32801 this December 9, 2019 to Debtors: 12836 Jacob Grace Court Windermere, FL 34786, Mark Cressman, Esq. via ECF, Marc Granger via ECF.

/s/Arvind Mahendru
Arvind Mahendru, Esq.
5703 Red Bug Lake Rd. #284
Winter Springs, FL 32708
Telephone (407) 504-2462